LEONARD H. STONE, ESQ. No. 5791
NICOLE K. STEINHAUS, ESQ. No. 11722
SHOOK & STONE, CHTD.
710 South Fourth Street
Las Vegas, Nevada 89101
Office: (702) 385-2220
Fax: (702) 384-0394
Email: lstone@shookandstone.com;
nsteinhaus@shookandstone.com;
Attorneys for Plaintiff, PAMELA CHESTER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA CHESTER, | |
| Plaintiff, | Case No. **2:15-cv-01724-JCM-PAL** |
| vs. | **STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OBJECTION TO THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

Plaintiff, PAMELA CHESTER, by and through her attorneys, LEONARD H. STONE, and NICOLE K. STEINHAUS of SHOOK & STONE, CHTD., hereby requests to extend the time by 21 days from October 11, 2018 to November 1, 2018 to file her Objection to Report and Recommendation of United States Magistrate Judge, with all other dates in this Court's Order extended accordingly. This is Plaintiff's first request for an extension.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should automatically be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. *See* 42 U.S.C. § 405(g).

-1-

There is good cause for this extension because Plaintiff's main counsel, Ms. Nicole Steinhaus has previously scheduled time out of the office and is currently out of the country. Plaintiff's counsel needs further time to properly address the issues raised on appeal. Defendant has no objection to this extension.

Respectfully submitted this 28th day of September, 2018.

***SHOOK & STONE***

By:   /s/ Leonard Stone
     LEONARD STONE, Esq.
     Nevada Bar No. 5791
     Attorney for PAMELA CHESTER

DANIEL G. BOGDEN
United States Attorney

By:   /s/ Sundeep Patel
     SUNDEEP PATEL, Esq.
     Special Assistant United States Attorney
     *authorized by email* Sept. 27, 2018
     Attorneys for Defendant

IT IS SO ORDERED.

DATE: October 9, 2018

THE HONORABLE PEGGY A. LEEN
United States Magistrate Judge

-2-

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | **FOR CASE NUMBER 2:15-cv-01724-JCM-PAL** |

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on 9/28/2018.

    I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    /s/ Leonard Stone
      Leonard Stone, Esq.
      Attorney for Plaintiff